Filing # 62316347 E-Filed 10/03/2017 11:55:04 AM

IN THE CIRCUIT COURT FOR SARASOTA COUNTY, FLORIDA

INFINIUM REALTY GROUP, INC.
d/b/a HELP-U-SELL REAL ESTATE,

       Plaintiff,

v.                         CASE NO:

HOMEBAY, INC.,

       Defendant.

_____/

## COMPLAINT

Plaintiff, INFINIUM REALTY GROUP, INC. d/b/a HELP-U-SELL REAL ESTATE (herein Help-U-Sell), sues Defendant, HOMEBAY, INC., (herein HomeBay) and alleges:

## GENERAL ALLEGATIONS

1.  Plaintiff Help-U-Sell is the owner of the Federal Service Mark Registration of the name HELP-U-SELL, Registration No. 1,424,239, which was registered on January 06, 1987, and HELP-U-SELL and Design, Registration No. 1,686,667, that was registered on May 12, 1992, HOMES WITH LOANS, Registration No. 2,157,307; CYBERASSISTANT, Registration No. 2,202,145; FOR SALE WITH OWNER, Registrations No. 2,300,999; HELP-U-SAVE, Registration No. 2,279,894; PLATINUMEDGE, Registration No. 3,599,281; HELP-U-SELL REAL ESTATE, Registration No. 3,058,738; HELP-U-SELL SMART BUY BUYER PROGRAM, Registration No. 3,349,360;and FULL SERVICE. BIG SAVINGS. THE EXPERTS NEXT DOOR, Registration No. 3,128,815, and related registrations.

2.  The rights of the Plaintiff in the marks include
certain trade dress rights, in particular the red and white
color scheme and other features which identify the source of the
services offered under the marks by the Plaintiff and its
franchisees.

3.  Plaintiff through its predecessors, commenced use of
the mark HELP-U-SELL, in connection with real estate brokerage
services and related services at least as early as 1977. Since
commencement of the use of the marks, Plaintiff has expended
considerable time, money and effort in the development,
promotion and marketing of the services identified by the marks.
During this time, the Plaintiff has established considerable
good will in the marks and the purchasing public has come to
associate services bearing the marks as those provided by the
Plaintiff and its franchisees.

4.  The Plaintiff has sold a large number of franchises who
under contract with Plaintiff are allowed to use certain of the
service marks owned by the Plaintiff and who depend upon the
exclusivity of the use of the marks for their businesses.

5.  Plaintiff is the registered owner of the Help-U-Sell
marks that specifically includes the use of the Help-U-Sell mark
for the sale of real estate. Plaintiff has to authorize,
license, or consent to any use of the Help-U-Sell marks by any
entity wishing to use that name to sell real estate.

2

6.  Defendant HomeBay, is not licensed, authorized, franchised, or otherwise in any way granted the use of the Help-U-Sell marks for the sale of real estate.

7.  Plaintiff learned that Defendant HomeBay, was infringing on the use of Plaintiff's marks in connection with its real estate brokerage services on their web site without Plaintiff's permission or consent (See Exhibit A attached hereto) as well as publishing materials doing a comparison of its business and that of Plaintiff using false information (See Exhibit B attached hereto) that further impeded Plaintiff's real estate franchise business.

8.  The actions of Defendant HomeBay, clearly created confusion among consumers as to the source or sponsorship of services as well as what services are being offered.

9.  On or about June 19, 2015, Defendant HomeBay, was notified by Certified mail to Cease and Desist the use of marks of Infinium Realty Group, Inc., d/b/a/ Help-U-Sell, a copy being attached hereto as Exhibit C.

10.  Defendant HomeBay, agreed to cease using the Help-U-Sell name and logo and remove it from all advertisements and signage (See Exhibit D attached hereto).

11.  However, Defendant HomeBay, continued to use the Help-U-Sell name and logo to sell real estate in violation of Plaintiff's registered trademarks and service marks.

3

12. On or about August 02, 2017, Defendant HomeBay, was again notified by Certified mail to Cease and Desist the use of the marks owned by the Plaintiff, a copy being attached hereto as Exhibit E.

13. On or about August 03, 2017, Plaintiff notified the California Department of Real Estate Enforcement of the continuing infringement of Plaintiff's marks by Defendant HomeBay, a copy being attached hereto as Exhibit F.

14. Defendant HomeBay, continues to infringe on Plaintiff's registrated marks by using key words in its internet advertising, by using false comparison data with Plaintiff's business, and by using words, logos and descriptions that confuse the public into believing that it is associated with Plaintiff's business.

15. Plaintiff has employed the undersigned attorney to represent it in this action and has agreed to pay him a reasonable fee for his services herein.

COUNT ONE
(Mandatory Injunction)

16. This is an action for a mandatory injunction.

17. Plaintiff realleges and incorporates herein all the GENERAL ALLEGATIONS in Paragraphs 1. though 15. set forth above.

18. Plaintiff operates a real estate company in Sarasota County, Florida that franchises businesses under the name HELP-U-SELL.

19. Defendant, HomeBay, continues to use the Service Marks and Trademarks of the Plaintiff in their publications, advertisements and otherwise without the authorization of the Plaintiff and to its detriment.

20. Plaintiff has mailed Cease and Desist Letters to Defendant HomeBay, as setforth in the General Allegations above.

21. Defendant HomeBay, is operating as a realtor to assist and counsel the general public to sell, buy, exchange or lease real estate under.

22. Defendant HomeBay, is using the Plaintiff's Service Marks and Trademarks without authority, license or consent of the Plaintiff.

23. The restraint on competition is reasonably necessary to protect Plaintiff's present and potential business as otherwise Defendant HomeBay, can use the information to deprive Plaintiff or its present customers and to obtain Plaintiff's prospective customers by undercutting Plaintiff's sales and service offers and thereby destroy Plaintiff's business.

24. The term of the restriction and the area of its effect are reasonably necessary to give effect to the restriction. A lesser time or area would permit Defendant HomeBay, to defeat the purpose of this restriction by unfairly competing against Plaintiff.

25. Plaintiff has lost profits and goodwill as a result of the wrongful competition of Defendant HomeBay. Plaintiff has no

adequate remedy at law because the amount of the damage is impossible to determine and of a character that cannot be remedied by money. Defendant HomeBay, is infringing upon Plaintiff's trade marks and service marks and Plaintiff will be irreparably damaged if Defendant continue to do so.

WHEREFORE, Plaintiff, INFINIUM REALTY GROUP, INC, d/b/a HELP-U-SELL, demand judgment against Defendant, HOMEBAY, INC., for a temporary and permanent injunction prohibiting Defendant from using the name HELP-U-SELL and any of Plaintiff's marks in any form and from competing with Plaintiff using that name, for court costs and attorney fees.

<u>COUNT TWO</u>
(Accounting)

26.  This is an action for accounting.

27.  Plaintiff realleges and incorporates all the GENERAL ALLEGATIONS in Paragraphs 1. through 15. set forth above.

28.  Defendant HomeBay, failed to enter into a franchise agreement with Plaintiff allowing Defendant HomeBay, to use the HELP-U-SELL name and marks.

29.  Plaintiff has performed all condition precedent to be performed by Plaintiff or the conditions have occurred.

30.  Defendant HomeBay, began doing business as realtors to assist and counsel the general public to sell, buy, exchange or lease real estate and continues to use the HELP-U-SELL name without a franchise agreement.

6

31. Defendant HomeBay's, acts are irreparably harming Plaintiff because the use of Plaintiff's Service Marks can destroy the Plaintiff's business and goodwill. Plaintiff's remedy at law is inadequate and will not be as expeditious as it is in equity.

32. During the time that Defendant HomeBay, improperly uses Plaintiff's name and logo in their advertising, Defendant HomeBay, has made income without payment to Plaintiff of the Monthly Continuing Franchise Fee, the Marketing Development Fund, the Renewal Fee or Minimum Royalties required under the Franchise Agreement or any and all amendments made to the Franchise Agreement.

WHEREFORE, Plaintiff demands judgment against the Defendant, HOMEBAY, INC., for an accounting, attorney's fees and court costs.

## COUNT THREE
### (Damages)

33. This is an action for damages in excess of $15,000.00.

34. Plaintiff realleges and incorporates all the GENERAL ALLEGATIONS in Paragraphs 1. through 15. set forth above.

35. Defendant HomeBay, has or is profiting by using the Plaintiff's Service Marks, Trademarks, logos and signage connected with the marks owned by Plaintiff.

36. Because Defendant HomeBay, is Plaintiff's Service Marks, Trademarks, logos and signage the Plaintiff is owed

7

damages from Defendant HomeBay, for payment of the Monthly Continuing Franchise Fee as outlined in the Franchise Agreement or any and all amendments made to the Franchise Agreement.

37.   Because Defendant HomeBay, is using Plaintiff's Service Marks, Trademarks, logos and signage the Plaintiff is owed damages from Defendants for payment of the Marketing Development Fund as outline in the Franchise Agreement or any and all amendments made to the Franchise Agreement.

38.   Because Defendant HomeBay, is using Plaintiff's Service Marks, Trademarks, logos and signage the Plaintiff is owed damages from Defendants for payment of the Renewal Fee as outline in the Franchise Agreement or any and all amendments made to the Franchise Agreement.

39.   Because Defendant HomeBay, is using Plaintiff's Service Marks, Trademarks, logos and signage the Plaintiff is owed damages from Defendants for payment of the Minimum Royalties as outlined in the Franchise Agreement or any and all amendments made to the Franchise Agreement.

40.   Because Defendant HomeBay, has made income using Plaintiff's Service Marks, Trademarks, logos and signage the Plaintiff is owed damages for lost profits.

WHEREFORE Plaintiff demands judgment against the Defendant, HOMEBAY, INC., for damages, interest, attorney's fee and court costs.

8

DANIEL E. SCOTT, P.A.

_Daniel E. Scott_

DANIEL E. SCOTT
Suite 504, Center Pointe
2033 Main Street
Sarasota, Florida 34237
(941) 366-6301
danscott.atty@gte.net
Florida Bar No: 132549
Attorney for Plaintiff

9

longbeach ca helpusell

All    Maps    Shopping    News    Videos    More    Settings    Tools

About 5,470,000 results (0.61 seconds)

Showing results for *long beach ca help u sell*
Search instead for longbeach ca helpusell

**Help You Sell Your Home - No Upfront Fees. No Paperwork.**
[Ad] Try.homebay.com/Flat-fee/HelpUsell ▾   (888) 228-2925
Get Expert Help & Sell Confidently. Get Everything You Need to Sell Your Home!
Services: Sell Your Home, Find A Home, For Sale By Owner

**We Buy For Sale By Owner Homes - No Realtors, No Commissions**
[Ad] www.ahcashforhomes.com/ ▾
Sell to us, pay no commissions. We'll handle the paperwork and cover escrow fee

Help-U-Sell
Realty...

See phot

EXHIBIT A



6/19/2015                                                    temecula helpusell - Google Search

Go gle   temecula helpusell

Web    News    Shopping    Maps    Images    More ▾    Search tools

Any time ▾    All results ▾    San Diego, CA 92122 ▾

Help U Sell - HomeBay.com
www.homebay.com/ ▾
#1 Home Sale App Replaces Agents. Get in Front of 95% of Buyers Now!

Help-U-Sell Temecula Valley
helpusell.temecula.com/ ▾
Help-U-Sell Temecula Valley | MURRIETA, California
Google+ page · Be the first to review

        38500 Mesa Ln, Temecula, CA 92592
        (951) 708-1857
You've visited this page 2 times. Last visit 6/7/15



# Help-U-Sell Temecula Valley

Real Estate Agency

Address: 38560 Mesa Ln, Temecula, CA 92592
Phone: (951) 708-1857
Hours: Open today · 9:00 am – 8:00 pm

Listings for TEMECULA, CA | Help-U-Sell Property Shoppe
propertyshoppe.helpusell.com/OperationalListings.aspx?...TEMECULA... ▾
32450 Los Encinos Drive, TEMECULA, FOR SALE $ 7*9,900. Rare opportunity to own
property on 1.6? ... Residential-Single Family 1 beds 2.0? baths.

Help-U-Sell Coast and Valley, TEMECU! A
coastandvalley.helpusell.com/real.../TEMECULA%20CA/20854_5.aspx ▾
Listings 1 - 60 of 1344 ·Local Listing Search Results For Help-U-Sell Coast and Valley,
TEMECULA,
You visited this page on 6/18/15.

Listings for MURRIETA, CA | Help-U-Sell Temecula Valley
helpusell.temecula.com/OperationalListings.aspx?town...state...f ▾
Listings in 16607. 5 | Help-U-Sell Temecula Valley

Help-U-Sell Wildomar Temecula CA. 92591 – Manta.com
www.manta.com › ... › Residential Real Estate Agent's ▾
Get information, directions, products, services, phone numbers, and reviews on Help-U-
Sell Wildomar in Temecula, CA. Discover more Real Estate Agents and ...

Help-U-Sell Temecula Valley - Murrieta, California - Real ...
https://www.facebook.com/HelpUSellTemecula ▾
Help-U-Sell Temecula Valley, Murrieta, California. 10 likes · 4 talking about this. Help-
U-Sell Temecula is a Flat Fee Brokerage offering Traditional...

HelpUSell Real Estate Temecula Green Car - YouTube
        www.youtube.com/watch?v=d8Hqe4kr1Fo
        Feb 17, 2016 - Uploaded by HelpUSell Temecula Valley
        Our New HelpUSell Temecula Green Car. ... HelpUSell Real
        Estate Temecula Green Car. HelpUSell ...

HelpUSell Temecula Murrieta - YouTube
https://www.youtube.com/channel/UC3Mll6EOkJShicnbomF4Up
Recent posts. Updates. HelpUSell Temecula Murrieta uploaded and posted 15 minutes
ago. Our New HelpUSell Temecula Green Car. 0:32. May next. Play now ...

Help-U-Sell - Temecula Valley, Temecula, ,CA - Real Estate ...
www.brokercloud.org/help-u-sell-temecula-valley-temecula-ca/ ▾
Help-U-Sell Temecula Valley located at 41493 Margarita Road #C1V1 Temecula, CA
92591 is currently listed as Temecula real estate broker. This business is ...

33416 Calle Cantu TEMECUI A 92592 CA - Help-U-Sell ...
helpusellriverdalerealty.com/real-estate-homes...temecula.../Home.aspx ▾
This single story 3 bedroom / 2 bath property is a traditional sale on a large lot. The
open floor plan gives the the ability to get creative. No HOA makes this house ...

Sell FSBO At Owners.com
        www.owners.com/ ▾
Largest For Sale By Owner Website MLS & Realtor.com Listing - 50%.
Owners.com has 120 followers on Google+
FAQs - Sell Your Home - Testimonials - About Us

All   Maps   News   Videos   Images   More   Settings   Tools

About 522,000 results (0.75 seconds)

## HomeBay®: Sell Homes Smarter - #1 FSBO Service For Homeowners
[Ad] www.homebay.com/Risk-Free/Listing ▼ (866) 252-1359
Easily List on the MLS & 1000+ Real Estate Sites. We've Sold $1B+ By Owner.
Listings never expire · Only Pay When Sold · Free Expert Support · FSBO's · Simplified
Services: Sell Your Home, Find A Home, For Sale By Owner

**How it Works**
Everything you need to know about
how to sell a home with HomeBay.

**Planning to sell in 2017**
First-hand advice from HomeBay
sellers on how to succeed in 2017.

**FSBO Blog**
Get practical tips on preparing
to sell your property as a FSBO.

**Seller Success Stories**
Meet Jessica From Redondo Beach
Who Saved $60k & Sold in 3 Days

**EXHIBIT B**

A HomeBay real estate pro does the heavy lifting where it matters most - so you save and sell by owner without comprise

### WE DO THE WORK

- Professional photos
- Professionally installed yard sign
- Exposure on the MLS, Zillow, Redfin and more
- Offer and negotiation management
- Contract review by a HomeBay attorney

### YOU'RE IN CONTROL

Expert guidance on:

- Pricing your home
- Staging and showing
- Working with buyer agents
- Negotiating
- Escrow

### THE SECRET SAUCE

- Analyze your local market to help you make smart choices
- Licensed pros with over a $1B in real estate transactions
- Decades of real estate expertise in California
- All powered by proprietary real estate software to speed up the process

## How It Works

Easy! A HomeBay real estate pro helps you price, market, negotiate and close on the sale of your home. You simply open the door so buyers and their agents can see your home.

It's that simple.







## How We Stack Up to HelpUSell

# How We Stack Up to HelpUSell

Rest assured there are no extra fees when selling your home using HomeBay.



|  | HomeBay | Help U Sell |
|---|---|---|
| Cost | | $$$$ |
| One Flat Fee | ✓ | |
| Ongoing Advice from Real Estate Professional | ✓ | ✓ |
| Home Pricing Guidance | ✓ | ✓ |
| Professional Photos | ✓ | ✓ |
| Professionally Installed Yard Sign | ✓ | ✓ |
| Marketing on MLS, Zillow, Redfin, Trulia & more | ✓ | ✓ |
| Home Showings | ✓ | ✓ |
| Negotiation Management | ✓ | ✓ |
| In-House Attorneys | ✓ | ✓ |

## Customer Reviews





🏠 HomeBay

Sell a Home   Locations   Pricing   Reviews   Blog

Our team has over $1 billion in transaction experience

Everything You Need to Sell

Complete Listing Package

✓ 0% listing commission
✓ Expert phone and email support from top Realtors & attorneys
✓ Listing submitted to the local MLS, Zillow, Trulia, Realtor.com & more
✓ Pre-title clearance
✓ ...

Rates start at
$2,000



INFINIUM REALTY GROUP, INC.
240 N. Washington Blvd., Suite 700
Sarasota, FL 34236
941-951-7707 Phone 941-953-7707 Fax

**VIA CERTIFIED US MAIL**
# 7009 2250 0001 7969 9576

June 19, 2015

HomeBay
1 North Calle Chavez
Santa Barbara, CA 93103

Re:   Cease and Desist Demand
      Regarding Unauthorized Use of Help-U-Sell® Trademark

To whom it may concern:

    Infinium Realty Group, Inc. aka Help-U-Sell is the owner of the following federal service mark registrations on the Principal Register: "HELP-U-SELL," Registration No. 1,424,239, which was registered on January 6, 1987 and "HELP-U-SELL" and design, Registration No. 1,686,667, which was registered on May 12, 1992, and related registrations. Please see the attached chart which details our trademark registrations.

    It has recently come to our attention that a company operating under the name of HomeBay is offering real estate for sale using the website address www.homebay.com which contains and uses the Help-U-Sell (Help U Sell) trademark in your Google AdWords campaign.

    Infinium Realty Group, Inc., is the registered owner of the Help-U-Sell trademark(s). The Help-U-Sell trademark registration, among others, specifically includes use of the Help-U-Sell trademark for the sale of real estate.   As you know, Infinium Realty Group, Inc. has to authorize, license, or consent to any use of the Help-U-Sell trademark by anyone, or any of its affiliates or representatives thereof, in any manner.   We specifically deny you the use of displaying the Help-U-Sell® trademark, so as to defer any likelihood of confusion to the public that Help-U-Sell is an endorser or sponsor of HomeBay, or any affiliate or representative thereof.

    Federal Law provides that:
Any person who shall, without the consent of the registrant---

    (a) Use in commerce any reproduction, counterfeit, copy or colorable imitation of a registered mark in connection with the sale, offering for sale, distribution, or

**EXHIBIT C**

(b) Advertising of any goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive; or reproduce, counterfeit, copy or colorable imitate a registered trademark and apply such reproduction, counterfeit, copy or colorable imitation to labels, signs, prints, packages, wrappers, receptacles or advertisements intended to be used in commerce or in connection with the sale, offering for sale, distribution or advertising of goods or services on, or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive, shall be liable in a civil action by the registrant for the remedies hereinafter provided.

Therefore, Infinium Realty Group, Inc. hereby demands that HomeBay and any affiliation or representative thereof *IMMEDIATELY CEASE AND DESIST* the use of the Help-U-Sell and all other registrations and trademarks included in the attached chart for any purpose; which includes any registrations, domain names, entity names, corporation names, or trade names that include use of the marks.

Please be advised that if HomeBay and any of their affiliates fail to immediately cease and desist from the unauthorized use of any Help-U-Sell trademark, Infinium Realty Group, Inc. will seek all remedies allowed by law.

*PLEASE GOVERN YOURSELVES ACCORDINGLY.*

Sincerely,

Robert Stevens
Chief Operations Officer

Attachments as stated

RC/jml

**Chris Reed**

*Home Bay*

| | |
|---|---|
| **From:** | Thomas Owen <tom@homebay.com> |
| **Sent:** | Wednesday, February 17, 2016 1:13 PM |
| **To:** | chrisreed@helpusell.com |
| **Subject:** | Fwd: Attn. Eddie Earnest |
| **Attachments:** | Home Bay C_26O 6.pdf |

Hi, Chris. Thank you for sending us the letter. In the future, if you have any issues, please direct them to my attention. What our marketing people did is wrong and I apologize. I will see to it that it is stopped.

You guys paved the way for companies like ours, and I wish you well.

Best, Tom

--
Tom Owen (bio)
m: 415.542.8844

---------- Forwarded message ----------
From: Thomas O <help@homebay.com>
Date: Wed, Feb 17, 2016 at 10:08 AM
Subject: Fwd: Attn. Eddie Earnest
To: Thomas O <tom@homebay.com>

*[handwritten notes:] 2/17/16 - Homebay had their website back up So I've sent the C+D letter to them via an email address on their Website.*

*2/23/16 OK - Nothing on the internet.*

Sincerely, Tom

On Wed, Feb 17 at 10:05 AM , Chris Reed <chrisreed@helpusell.com> wrote:
Please see the attached letter.  We have tried to contact you before about violating our trademark.

*Chris Reed*
Accounting Legal Resource
**Help-U-Sell** ® Real Estate
*Infinium Realty Group, Inc.*
240 N. Washington Blvd. Suite 700
Sarasota, FL 34236
Phone 941-951-7707 Ext. 5003
Fax 941-953-7707
Email  chrisreed@helpusell.com

*A life is like a garden.  Perfect moments can be had, but not preserved, except in memory.*
Leonard Nimoy

1

**EXHIBIT D**



INFINIUM REALTY GROUP, INC.
240 N. Washington Blvd., Suite 700
Sarasota, FL 34236
PH: 941-951-7707 FAX: 941-953-7707

August 2, 2017

VIA CERTIFIED MAIL
7009 2250 0001 7969 9132

2nd Notice

HomeBay
1 North Calle Chavez
Suite 102
Santa Barbara, CA 93103
Attn. Mr. Thomas Owen

Re: Infringement of "HELP-U-SELL" Name and Trademark

Dear Thomas:

This letter intends to put you on notice to cease and desist the use of any trademark(s) of Infinium Realty Group, Inc. d/b/a Help-U-Sell® Real Estate (the "Company"). The Company is the owner of the HELP-U-SELL trademark and other trademarks, as it is the successor in interest to the rights in such marks of Realty Information Systems, Inc. In particular, the Company is the owner of the following federal service mark registrations, among others: "HELP-U-SELL" Registration No. 1,424,239; "HOMES WITH LOANS" Registration No. 2,187,307; "CYBERASSISTANT" Registration No. 2,202,145; "FOR SALE WITH OWNER" Registration No. 2,300,999; "HELP-U-SAVE" Registration No. 2,279,894; "PLATINUMEDGE" Registration No. 3,599,281; "HELP-U-SELL REAL ESTATE" Registration No. 3,058,738; "HELP-U-SELL SMART BUY BUYER PROGRAM" Registration No. 3,349,360; and "FULL SERVICE. BIG SAVINGS. THE EXPERTS NEXT DOOR" Registration No. 3,128,815 (the "marks"). Included in the rights of the Company in the marks are certain trade dress rights, in particular the red and white color scheme and other features which identify the source of the services offered under the marks by the Company and its franchisees.

The Company, through it predecessors, commenced use of the mark "HELP-U-SELL" in connection with real estate brokerage services and related services at least as early as 1977. Since commencement of use of the marks, the Company has expended considerable time, money and effort in the development, promotion and marketing of the services identified by the marks. During this time, the Company has established considerable goodwill in the marks and the purchasing public has come to associate services bearing the marks as those provided by the Company or its franchisees.



It has recently come to the attention of the Company that you are still intentionally using the marks in connection with real estate brokerage services and related services. See attached **website excerpts**. This includes using HelpUsell in your web address (see exhibit A). Also your comparison of HomeBay vs. HelpUSell, you refer to yourself as a "for sale by owner" real estate business (see exhibit B) then you compare yourselves as a "for sale by owner" business. We are a full service real estate business with a flat fee. Your comparison and the use of the marks has and will continue to us where we are not a "for sale by owner" business. We are a full service real estate business with a flat owned by the Company therefore violates the Company's legal rights in its trademarks and name and constitutes unfair competition and infringement of the Company's federally registered trademarks as well as supporting additional claims. You are put on notice to stop using the Help-U-Sell name/logo in your AdWords.

The Company therefore demands that you cease and desist from use of the marks in any manner in connection with your business. Such demand includes, in particular, that you cease use of the marks in connection with: (1) advertising and marketing; (2) websites or other electronic advertising or marketing, including in any metatags used to channel traffic to your website; (3) signage for your location; (4) business cards, letterhead and other materials; (5) print and electronic telephone directory listings and that you change your telephone number to the extent that your current telephone number is used in connection with the marks; and (6) email addresses, entity or assumed names or domain names. The Company also demands that you cease use of the trade secrets and confidential information of the Company and that you cease to identify yourself as a HELP-U-SELL franchisee or publically identify yourself as a former franchisee. This also includes your obligation to notify, in writing, any third party affiliations which advertise your business as a Help-U-Sell franchisee, whether in paper or electronic form.

Please provide us with written assurances by the close of business on the 10 calendar days that you will comply with these demands. PLEASE NOTE: that should you not CEASE AND DESIST the use of our Trademark within the next ten (10) calendar days, we can and will seek damages in excess of US $1,000.00 a day that the Trademark is violated. I look forward to receipt of your immediate response in accordance with the above demand.

PLEASE GOVERN YOURSELF ACCORDINGLY!

Very truly yours,

Robert R. Stevens
Chief Operating Officer

Enc.:   as stated



INFINIUM REALTY GROUP, INC.
240 N. Washington Blvd., Suite 700
Sarasota, FL 34236
PH: 941-951-7707 FAX: 941-953-7707

August 3, 2017

Department of Real Estate, Enforcement
320 W. 4th Street Ste 350
Los Angeles, CA 90013-1105

Re:     Infringement of "HELP-U-SELL" Mark by HomeBay

Dear Sirs:

It has come to the attention of the Company that HomeBay, Inc., a real estate business has infringed on the use of our trademark "Help-U-Sell" in connection with their real estate brokerage services on their web site without our permission as well as publishing materials doing a comparison of our two businesses using false information further impeding our real estate franchise business. Their actions will create confusion among consumers as to the source or sponsorship of the services as well as what services are being offered. Their actions violate the Company's legal rights in its trademark and constitutes unfair competition and infringement of the Company's federally registered trademarks.

We have demand that they cease and desist from use of the "Help-U-Sell®" name and mark and cancel any registrations, including domain name, entity name or trade name, that include use of the mark " Help-U-Sell®" or any other marks or names confusingly similar to the marks of the Company. We have also demanded that they remove any comparison to us since the information they are using isn't accurate.

To date, they have ignored our demands and continue to use our trademark forcing us to file a complaint with your department.

Very truly yours,

Chris Reed
Infinium Realty Group, Inc.
Legal Resource

Enclosure

EXHIBIT F